The finding of the jury is against the weight of the evidence. Nolan, P. J., Adel and Wenzel, JJ., concur; Carswell, J., dissents and votes to affirm on the following cases: Costello v. Forest Hills Dwellings (227 App. Div. 736); Cantone v. City of New York (273 App. Div. 864); Russo v. Sorrentino (250 App. Div. 882, smooth ice condition); Fitzgerald v. City of New Rochelle (259 App. Div. 1015, motion for leave to appeal denied 285 N. Y. 856, smooth ice condition); Williams v. City of New York (214 N. Y. 259, 263); Bordonaro v. Bank of Blasdell (285 N. Y. 606); Berkowitz v. Prudential Sav. Bank (269 App. Div. 988); Ringel v. Jaffe (254 App. Div. 892); Galvano v. Klein, Inc. (257 App. Div. 989); Galvano v. City of New York (260 App. Div. 926, revd. 285 N. Y. 818), and Zahn v. City of New York (274 App. Div. 807, affd. 299 N. Y. 581). MaeCrate, J., concurs with Carswell, J.